# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2021

Bridget M. McCormack,
Chief Justice

161973

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RYAN WILLIAM SCHURZ,
        Defendant-Appellant.

SC: 161973
COA: 340420
Jackson CC: 16-004640-FH

_____/

On order of the Court, the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk

t0317